RENE L. VALLADARES
Federal Public Defender
District of Nevada
State Bar No. 11479
PAUL RIDDLE
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
ANDREW JOHN GIBSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW JOHN GIBSON,<br><br>Defendant. | Case No.: 2:14-CR-287-KJD-CWH<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(Third Request) |
|---|---|

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and PAUL RIDDLE, Assistant Federal Public Defender, counsel for ANDREW JOHN GIBSON, that the calendar call currently scheduled for Tuesday, June 9, 2015 at 9:00 a.m., and the trial scheduled for Monday, June 15, 2015 at 9:00 a.m., be vacated and set to a date and time convenient to this court but no sooner than sixty (60) days.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including July 6, 2015, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 20, 2015, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.

1   IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 27, 2015, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

This Stipulation is entered into for the following reasons:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, the parties have continued diligently in trial preparation, as well as negotiations which might obviate the need for trial. Additional time is needed to finalize the details.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete the necessary research, prepare and submit appropriate pretrial motions, or complete the process of a negotiated resolution.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly complete the negotiations process or prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the Third stipulation to continue filed herein.

DATED:  June 5, 2015


RENE L. VALLADARES                                      DANIEL G. BOGDEN
Federal Public Defender                                  United States Attorney


By: / s/ Paul Riddle                                          By:  /s/ Lisa Cartier-Giroux
PAUL RIDDLE,                                               LISA CARTIER-GIROUX,
Assistant Federal Public Defender                Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-287-KJD-CWH |
|---|---|
| Plaintiff, | |
| vs. | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |
| ANDREW JOHN GIBSON, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, the parties have continued diligently in trial preparation, as well as negotiations which might obviate the need for trial. Additional time is needed to finalize the details.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete the necessary research, prepare and submit appropriate pretrial motions, or complete the process of a negotiated resolution.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly complete the negotiations process or prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the Third stipulation to continue filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion and trial dates.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, §§ 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, § 3161 (h)(7)(A), when considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

### ORDER

IT IS THEREFORE ORDERED, that the parties herein shall have to and including July 6, 2015, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notices of defense.

IT IS FURTHER ORDERED, by and between the parties, that they shall have to and including July 20, 2015, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.

IT IS FURTHER ORDERED, by and between the parties, that they shall have to and including July 27, 2015, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be submitted to the Court by the 8th day of September, 2015, by the hour of 4:00 p.m.

///

IT IS FURTHER ORDERED that the calendar call currently scheduled for Tuesday, June 9, 2015 at 9:00 a.m., be vacated and continued to September 8, 2015 at the hour of 9:00 am and the trial currently scheduled for Monday, June 15, 2015 at 9:00 a.m., be vacated and continued to September 14, 2015 at the hour of 9:00 am

DATED 9th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE