RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for ANDREW JOHN GIBSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ANDREW JOHN GIBSON,<br><br>             Defendant. | Case No, 2:14-cr-287-KJD-VCF<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE**<br>(Expedited Consideration Requested) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Andrew John Gibson, that the defendants conditions be modified to permit him to visit with and have dinner with his parents who will be traveling to the Las Vegas area for the Thanksgiving Holiday, so long as Pretrial approves the locations visited and times Mr. Gibson will be away from the Halfway House.

DATED this 25th day of November, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender<br><br>  */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney<br><br>   */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

Counsel for ANDREW JOHN GIBSON

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-287-KJD-CWH |
| Plaintiff, | ORDER |
| v. | |
| ANDREW JOHN GIBSON, | |
| DEFENDANT. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the defendant pretrial release conditions can be modified to permit the defendant to visit with and have dinner with his parents during the Thanksgiving Holiday.

**ORDER**

IT IS THEREFORE ORDERED that the defendant be permitted time to visit with and share dinner with his parents during their time here in the Las Vegas area over the Thanksgiving Holiday beginning November 26, 2015, so long as Pretrial approves the locations visited and times Mr. Gibson will be away from the Halfway House.

DATED this 30th of November, 2015
*Nunc Pro Tunc*

UNITES STATES MAGISTRATE JUDGE