RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for ANDREW JOHN GIBSON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ANDREW JOHN GIBSON,<br><br>           Defendant. | Case No, 2:14-cr-287-KJD-CWH<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE**<br>(Expedited Consideration Requested) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Andrew John Gibson, that the defendants conditions be modified to permit him to visit with his parents who will be traveling to the Las Vegas area for the Holidays, so long as Pretrial approves the locations visited and times Mr. Gibson will be away from the Halfway House.

   1. The client is released under pretrial services and specifically requests the following modifications.

2. The parties are in agreement.

3. The defendant and his family respectfully submitted the proposed itinerary for consideration with precise times and locations to be provided to the pretrial services officer:

    Dec 14th parents to pick up for Dinner at Ricardo's Mexican

    Dec 15th Breakfast at Egg & I followed by Las Vegas Natural History Museum

    Lunch at J&J followed by Barnes & Nobles

    4:00 p.m. office meeting with attorney Paul Riddle

    Dinner Joyful House Chinese

    Back to LVCCC facility 8:30pm

DATED this 8th day of December, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender<br>Counsel for ANDREW JOHN GIBSON | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW JOHN GIBSON,<br><br>　　　　DEFENDANT. | Case No. 2:14-cr-287-KJD-CWH<br><br>ORDER |

　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the defendant pretrial release conditions can be modified to permit the defendant to visit with his parents during the Holidays.

**ORDER**

　　　IT IS THEREFORE ORDERED that the defendant be permitted time to visit with his parents during their time here in the Las Vegas area over the Holidays beginning December 14, 2015, so long as Pretrial approves the locations visited and times Mr. Gibson will be away from the Halfway House.

　　　DATED this 9th of December, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITES STATES MAGISTRATE JUDGE