RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for ANDREW JOHN GIBSON

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW JOHN GIBSON,<br><br>        Defendant. | Case No, 2:14-cr-287-KJD-CWH<br><br>**UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE**<br>(Expedited Consideration Requested) |

    COMES NOW THE DEFENDANT by and through Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Andrew John Gibson, and moves this court for an order modifying the defendants conditions to permit him to visit with his parents when they travel to the Las Vegas area, so long as the Pretrial Services Officer approves the locations visited and time franes Mr. Gibson will be away from the Halfway House.

    This motion is based on the following facts and all papers and pleadings previously filed in this case.

1. Undersigned defense counsel has contacted the AUSA Lisa Cartier-Giroux who stated she is not opposed to the modification.

2. The defendant and his family respectfully submitted the proposed itinerary for consideration with precise times and locations to be provided to the pretrial services officer:

    Jan 25th (Monday) 5:30 pm pickup Dinner Outback Steakhouse

    Jan 26th (Tuesday) 8:00 am pickup Breakfast Egg & I

    Count's Kustoms

    Jobs- resumes: Ford Engine Plant: SA Recycling; Vegas Recycling

    2:00pm Barnes & Noble

    4:00pm Mr Paul Riddle, Attorney meeting

    Dinner House of Joy Chinese

    Drop off by 9:00pm

DATED this 20th day of January, 2016.

Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

    */s/ Paul D. Riddle*
By_____
PAUL D. RIDDLE
Assistant Federal Public Defender
Counsel for ANDREW JOHN GIBSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW JOHN GIBSON,<br><br>DEFENDANT. | Case No. 2:14-cr-287-KJD-CWH<br><br>ORDER |

Based on the pending motion of counsel, and good cause appearing therefore, the Court finds that the defendant pretrial release conditions can be modified to permit the defendant to visit with his parents when they visit the Las Vegas area at various times and specific locations pre-approved by his Pretrial Services Officer.

**ORDER**

IT IS THEREFORE ORDERED that the defendant be permitted time to visit with his parents, both now and in the future, at various times and locations when they visit the Las Vegas area, with prior approval from the Pretrial Services Officer as to the specific locations visited and time frames Mr. Gibson will be away from the Halfway House.

DATED this 25th of January, 2016.

_____
UNITES STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 22, 2016, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE (Expedited Consideration Requested)** by electronic service (ECF) to the persons named below:

>DANIEL G. BOGDEN
>United States Attorney
>LISA CARTIER-GIROUX
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101


/s/ Nancy Vasquez,  Legal Assistant

Employee of the Federal Public Defender