**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00287-KJD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANDREW JOHN GIBSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Defendant Andrew John Gibson's ("Defendant") Affidavit in Nature of Supplemental Rules of Admiralty and Maritime Claims (doc. # 49), filed February 26, 2016. The Court has reviewed the affidavit and finds that it is unclear what Defendant is asking from this Court. Moreover, Defendant is represented by counsel, through whom all motions should be filed. See LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Affidavit in Nature of Supplemental Rules of Admiralty and Maritime Claims (doc. # 49) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **strike** Defendant's Affidavit in Nature of Supplemental Rules of Admiralty and Maritime Claims (doc. # 49) from the record.

**IT IS FURTHER ORDERED** that the government's Motion to Strike (doc. # 50) is **denied as moot**.

DATED: March 4, 2016

_____
C.W. Hoffman, Jr.
United States Magistrate Judge