# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00287-KJD-CWH |
| vs. | ) | **ORDER** |
| ANDREW JOHN GIBSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Andrew John Gibson's ("Defendant") second Affidavit in Nature of Supplemental Rules of Admiralty and Maritime Claims (doc. # 53), filed March 15, 2016. The Court has reviewed this second affidavit, which appears to be a duplicate of a prior affidavit he filed on the record, and notes that Defendant is represented by counsel, through whom all motions should be filed. See LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Accordingly, **IT IS HEREBY ORDERED** that Defendant's second Affidavit in Nature of Supplemental Rules of Admiralty and Maritime Claims (doc. # 53) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **strike** Defendant's second Affidavit in Nature of Supplemental Rules of Admiralty and Maritime Claims (doc. # 53) from the record.

DATED: March 16, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**