# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00287-KJD-CWH |
| vs. ) | **ORDER** |
| ANDREW JOHN GIBSON, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Andrew John Gibson's ("Defendant") motion for default judgment (doc. # 56), filed March 31, 2016. Defendant is represented by counsel, through whom all motions should be filed. See LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion for default judgment (doc. # 56) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **strike** Defendant's motion for default judgment (doc. # 56) from the record.

DATED: April 1, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**