**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | )     Case No. 2:14-cr-00287-KJD-CWH |
| vs. | )     **ORDER** |
| ANDREW JOHN GIBSON, | ) |
| Defendant. | ) |

This matter is before the Court on Defendant Andrew John Gibson's ("Defendant") renewed motion for default judgment (doc. # 61), filed April 7, 2016.  The initial motion was filed March 31, 2016.  See Doc. # 56.

Defendant is represented by counsel, through whom all motions should be filed.  See LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Accordingly, **IT IS HEREBY ORDERED** that Defendant's renewed motion for default judgment (doc. # 61) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **strike** Defendant's renewed motion for default judgment (doc. # 61) from the record.

DATED:  April 18, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**