**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. 2:14-cr-00287-KJD-CWH |
| vs. | ) ) | **ORDER** |
| ANDREW JOHN GIBSON, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on Defendant Andrew John Gibson's ("Defendant") notices (doc. # 66, # 69), filed respectively on April 22, 2016 and April 27, 2016.

Defendant is represented by counsel, through whom all motions should be filed. See LR IA 11-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Defendant's notices (doc. # 66, # 69) from the record.

**IT IS FURTHER ORDERED** that the government's motion to strike (doc. # 70) is **denied as moot**.

DATED: May 16, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**