**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00287-KJD-CWH |
| vs. ) | **ORDER** |
| ANDREW JOHN GIBSON, ) | |
| Defendant. ) | |

This matter is before the Court on the government's unopposed Motion to Strike re: Future Unauthorized Pro Se Filings (doc. # 72), filed May 5, 2016.

The government asks the Court to enter a standing order to strike Defendant's future pro se filings while represented by counsel, as Defendant has repeatedly filed unauthorized documents in this case, and there is nothing on the record to suggest that defense counsel has not been properly consulting with Defendant. Indeed, less than a day after a detention hearing at which Judge Cam Ferenbach admonished Defendant for impermissibly filing documents on the record, Defendant filed his sixth unauthorized document, doc. # 69.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion... constitutes a consent to the granting of the motion." Because no opposition has been filed on the record, and the government provides good cause for its request, the instant motion is granted.

Accordingly, **IT IS HEREBY ORDERED** that government's unopposed Motion to Strike re: Future Unauthorized Pro Se Filings (doc. # 72) is **granted**. The Clerk of Court is directed to strike

all future pro se filings by Defendant while he is represented by counsel.

DATED:  May 20, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**