## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-00287-KJD-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| ANDREW GIBSON, | ) | **ORDER** |
| Defendant. | ) | |

Presently before the court is the parties' stipulation (ECF No. 101) to extend the government's deadline to respond to Defendant's motions, filed on October 31, 2016.

The parties have requested that the deadline for the government to respond to Defendant's motions (ECF Nos. 93, 94, 95, 96, and 97) be extended from October 28, 2016 to November 18, 2016. The government cites delays related to other upcoming trials as well as counsel's illness as reasons for the delay.

The court finds that there is good cause for an extension, but in light of the fact that a jury trial is currently set in this matter for December 19, 2016, it is necessary to resolve certain pending motions by Defendant as soon as possible. Therefore, as to Defendant's motions to suppress (ECF Nos. 94 and 96), the court grants the motions in part and denies in part. The court will extend the deadline for these motions, but only until November 16, 2016. A hearing will be held on these motions on November 18, 2016. The court grants the parties' motion in full as to Defendant's motions to dismiss (ECF Nos. 93, 95, and 97).

Also before the court is pro se Defendant's motion (ECF No. 98) to vacate the court's previous order striking all filings made by Defendant, filed on October 21, 2016. The clerk has already removed the restriction on Defendant from making pro se filings, so this motion is moot.

//

//

1

IT IS THEREFORE ORDERED that the parties' motion (ECF No. 101) is GRANTED in part and DENIED in part.  The deadline for the government to respond to ECF Nos. 93, 95, and 97 is extended until November 18, 2016.

IT IS FURTHER ORDERED that the deadline for the government to respond to ECF Nos. 94 and 96 is extended until November 16, 2016.

IT IS FURTHER ORDERED that a hearing on Defendant's motions to suppress (ECF Nos. 94 and 96) will be held before Judge Hoffman on November 18, 2016, at 9:00 a.m. in Courtroom 3C.

IT IS FURTHER ORDERED that Defendant's motion (ECF No. 98) to vacate is DENIED as moot.

DATED: November 1, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2