1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4

5

6

7

8

9

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>      Plaintiff, )<br><br>      v. )<br><br>ANDREW JOHN GIBSON, )<br><br>      Defendant. )<br>_____ ) | Case No. 2:14-cr-00287-KJD-CWH<br><br><br><br><br>**ORDER** |

10  Presently before the court are several filings from pro se Defendant Andrew John Gibson

11  (ECF Nos. 103, 104 and 105), filed between November 4th and 7th, 2016.  The government has not

12  filed any response.

13  ECF No. 103 is a "notice" to the court which consists of a number of legal citations without

14  any argument or request for relief.  No court order requiring any such document has been made, and

15  Defendant does not provide any reason that such a document is necessary for the record.  The court

16  will therefore strike this document.

17  ECF No. 104 is a motion for "CCA to print motions."  Defendant has not included in his

18  motion any specific information from which the court can determine the reasonableness of his

19  request, including the amount of printing he has been allowed, the amount of further printing that he

20  believes is necessary, or any support for the necessity of such printing.  The court will not issue a

21  blanket order for unlimited printing of legal material.  The court will therefore deny the motion

22  without prejudice.

23  ECF No. 105 is a letter addressed to the government which was filed in error.  The court will

24  therefore strike this document.

25  //

26  //

27  //

28

1

1    IT IS THEREFORE ORDERED that the Clerk STRIKE Defendant's notice to the court (ECF

2  No. 103).

3    IT IS FURTHER ORDERED that Defendant's motion (ECF No. 104) is DENIED without

4  prejudice.

5    IT IS FURTHER ORDERED that the Clerk STRIKE Defendant's letter (ECF No. 105).

6

7    DATED: November 9, 2016.

8

9    _____
     C.W. Hoffman, Jr.
10   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2