DANIEL G. BOGDEN
United States Attorney
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-287-KJD-CWH |
| Plaintiff, | **EMERGENCY Motion to Continue Suppression Hearing** (First Request) |
| vs. | |
| ANDREW JOHN GIBSON, | |
| Defendant. | |

The United States of America, through the undersigned, and files motion to continue the suppression hearing in the above-captioned matter, currently scheduled for November 18, 2016, for 2 weeks. The United States files this motion for the following reasons:

1. Counsel for the Government is in trial on *United States v. Fuechtener*, 16-cr-100-GMN-CWH on the currently scheduled date of the hearing. Government counsel has been unable to secure a stand-in Assistant United States Attorney to cover the hearing in her absence.

2. Advisory counsel will be out of the district on the currently scheduled hearing date.

3. The Defendant originally indicated that he wanted to continue the hearing to enable advisory counsel to be present.

1

4. The Defendant has since changed his mind and does not want to continue the hearing, regardless of whether advisory counsel is present.

5. Based on conversations with advisory counsel, the Government anticipates a forthcoming stipulation to continue the trial date.

DATED this 15th day of November, 2016.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

_____//s//_____
ELHAM ROOHANI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,   ) Case No. 2:14-cr-287-KJD-CWH
                            )
            Plaintiff,      ) **ORDER**
                            )
    vs.                     )
                            )
ANDREW JOHN GIBSON,         )
                            )
            Defendant.      )

## FINDINGS OF FACT

Based on the motion of the Government, and good cause, and that it is in the interest of justice, the Court hereby finds that:

1. Counsel for the Government is in trial on *United States v. Fuechtener*, 16-cr-100-GMN-CWH on the currently scheduled date of the hearing. Government counsel has been unable to secure a stand-in Assistant United States Attorney to cover the hearing in her absence.

2. Advisory counsel will be out of the district on the currently scheduled hearing date.

3. The Defendant originally indicated that he wanted to continue the hearing to enable advisory counsel to be present.

4. The Defendant has since changed his mind and does not want to continue the hearing, regardless of whether advisory counsel is present.

5. Based on conversations with advisory counsel, the Government anticipates a forthcoming stipulation to continue the trial date.

For all of the above-stated reasons, the Court finds good cause exists and that justice so requires a two-week continuance of the hearing date.

Accordingly, the Government's emergency motion to continue the suppression hearing by two weeks is hereby GRANTED.

**ORDER**

IT IS THEREFORE ORDERED that the suppression hearing currently scheduled for Friday, November 18, 2016, at the hour of 9:00 am, be vacated and continued to December 1 at the hour of 9:00 a.m.

DATED November 16, 2016.

_____
THE HONORABLE C.W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE