UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00287-KJD-CWH |
| Plaintiff, | |
| v. | |
| ANDREW JOHN GIBSON, | **ORDER** |
| Defendant. | |

Before the Court is pro se Defendant Andrew Gibson's motion to get prescribed medicine (ECF No. 100), filed October 21, 2016. The government did not file a response. In his motion, Gibson explains that he is not currently receiving the same medication for ADD/ADHD as he was receiving prior to his being detained pending trial, but rather is receiving alternative medication from the physician at the detention center. Gibson does not indicate that the medication is ineffective, although he indicates that he will be unable to fully prepare for his case. The court notes that Gibson is representing himself in the current criminal matter.

IT IS THEREFORE ORDERED that the U.S. Marshal provide a copy of this order and Gibson's motion (ECF No. 100) to the Nevada Southern Detention Center.

IT IS FURTHER ORDERED that the Nevada Southern Detention Center shall provide, by December 9, 2016, a report as to Gibson's current medical condition, and an opinion as to whether Gibson is receiving adequate medical care.

DATED: December 1, 2016

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**

1