# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00287-KJD-CWH |
| Plaintiff, | |
| v. | |
| ANDREW JOHN GIBSON, | **ORDER** |
| Defendant. | |

Before the Court is pro se Defendant Andrew Gibson's motion for court appointed law library hours (ECF No. 99), filed October 21, 2016. The government did not file a response. In his motion, Gibson explains that he is representing himself in the current criminal matter, and desires to obtain five to eight hours of court appointed legal law library time instead of the one hour per day currently allowed for each detainee. The Court construes his request to include a request for computer research time.

Gibson indicates that the law library is open a total of about 14 hours per day. He does not indicate whether he is utilizing the time slots available to him, or whether he has requested additional law library time or computer time in order to prepare for his upcoming trial. Absent evidence that Gibson is fully utilizing the time available to him to prepare for trial, the Court declines to grant his motion at this time.

IT IS THEREFORE ORDERED that Defendant Gibson's motion (ECF No. 99) is DENIED without prejudice.

DATED: December 1, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

1