**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-0287-KJD-CWH |
| Plaintiff, ) | |
| v. ) | |
| ANDREW JOHN GIBSON, ) | **ORDER** |
| Defendant. ) | |

Presently before the Court is Defendant Andrew John Gibson's motion for prescribed medication (ECF No. 100), filed on October 21, 2016. In his motion, Defendant requests that the Court order Nevada Southern Detention Center (NSDC) to provide him with the prescription medications he had been taking before his arrival there. Upon review of Defendant's motion, the Court ordered NSDC to provide a report to the Court as to Defendant's current medical condition, and its opinion as to whether he is receiving adequate medical care.

The Court is now in receipt of a report from Dr. Daniel Sussman of the NSDC, who reports that, based on his most recent examination on December 2, 2016, Defendant is in very good psychiatric condition. Dr. Sussman further reports that Defendant's current prescription regimen has changed, but it is appropriate for his medical needs. A copy of Dr. Sussman's report is attached to this order.

Defendant is advised to review the report, and if he desires, respond to any of Dr. Sussman's statements relevant to Defendant's motion for prescribed medication.

//
//
//
//
//

1

IT IS THEREFORE ORDERED that Defendant has ten days from the date of this order in which to file a reply in support of his motion for prescribed medication.

IT IS FURTHER ORDERED that the report attached to this order must be SEALED.

DATED: December 19, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge