# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00287-KJD-CWH |
| Plaintiff, | |
| v. | |
| ANDREW JOHN GIBSON, | **ORDER** |
| Defendant. | |

Presently before the Court is a letter (ECF No. 130) from pro se Defendant Andrew John Gibson, filed on December 19, 2016. Defendant requests instructions as to how to request transcripts of hearings in this case and for copies of any motions filed in this case between November 24 and November 30, 2016.

Defendant is advised that in order to request a transcript, he must send a letter to the court with the case name, number (2:14-cr-00287-KJD-CWH), and the date and docket number of the hearing for which he needs a transcription. The letter should be marked "Attention Felicia Zabin - Court Reporter". Defendant is advised that the Court may require a showing of good cause for excessive or duplicative transcript requests.

The Court has reviewed the docket for the period between November 24 and November 30, 2016. The Court will instruct the Clerk of Court to provide copies of documents filed during this period to Defendant. Defendant is advised that the Court may require a showing of good cause for excessive or duplicative document requests.

//
//
//
//
//

1

IT IS THEREFORE ORDERED that the Clerk of Court shall send Defendant a copy of the docket sheet and copies of ECF Nos. 116, 119, 120, 121, 122, and 123.

DATED: December 23, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge