# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-00287-KJD-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| ANDREW JOHN GIBSON, | ) | **ORDER** |
| Defendant. | ) | |

Presently before the Court is Defendant Andrew John Gibson's motion for prescribed medication (ECF No. 100), filed on October 21, 2016.  In his motion, Defendant requests that the Court order Nevada Southern Detention Center (NSDC) to provide him with the prescription medications that he had been taking before his arrival there.  Upon review of Defendant's motion, the Court ordered NSDC to provide a report to the Court as to Defendant's current medical condition, and its opinion as to whether he is receiving adequate medical care.  The report, prepared by a Dr. Daniel Sussman of NSDC, has been received by the Court.  Defendant also received a copy of the report and filed a reply (ECF No. 133) in support of his original motion on December 30, 2016.

Upon review, Dr. Sussman states that based on his most recent examination on December 2, 2016, Defendant is in very good psychiatric condition, and that his current prescription regimen has changed, but is appropriate for his medical needs.  Moreover, Dr. Sussman indicates it is NSDC policy not to administer the amphetamine class prescriptions requested by Defendant.  Accordingly, Defendant's request for a change to his prescriptions is denied.

//

//

//

//

1

1    IT IS THEREFORE ORDERED that Defendant's motion for prescribed medication (ECF

2    No. 100) is DENIED.

3

4

5    DATED: January 9, 2017.

6

7    _____

8    C.W. Hoffman, Jr.
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2