# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, | Case No. 2:14-cr-00287-KJD-CWH |
| Plaintiff, | |
| v. | |
| ANDREW GIBSON, | **ORDER** |
| Defendant. | |

Presently before the Court is Defendant Andrew Gibson's motion to reconsider (ECF No. 140), filed on January 18, 2017. The government has not filed a response.

Defendant requests that the Court reconsider its order (ECF No. 135) denying Defendant's motion (ECF No. 100) for prescription medication. Under Local Rule 59-1(b), motions for reconsideration are disfavored, and may not repeat previous arguments except as necessary. Local Rule 59-1(a) provides that reconsideration may be appropriate if (1) there is newly discovered evidence that was not available when the original motion was filed, (2) the court committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law.

Defendant does not provide any previously unavailable facts or suggest any change in controlling law. Construed liberally, Defendant asserts that the denial of his motion would constitute a manifest injustice. However, the motion to reconsider merely recapitulates arguments that the Court rejected in Defendant's prior motion. The Court therefore finds no grounds to reconsider its decision.

//
//
//
//

1

IT IS THEREFORE ORDERED that Defendant's motion to reconsider (ECF No. 140) is DENIED.

DATED: January 25, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge