# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00287-KJD-CWH |
| Plaintiff, | |
| v. | |
| ANDREW JOHN GIBSON, | **ORDER** |
| Defendant. | |

Presently before the Court is the government's motion to strike (ECF No. 159), filed on April 7, 2017. Defendant has not filed a response. In light of the upcoming trial date, the Court orders that any response is due no later than April 17, 2017.

DATED: April 10, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge