# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW JOHN GIBSON,

    Defendant.

Case No. 2:14-cr-00287-KJD-CWH

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#146) of Magistrate Judge C.W. Hoffman entered February 9, 2017 recommending that Defendant's Motion to Dismiss Due to Speedy Trial Violation (#139) be denied. Defendant filed an Objection (#149).

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#146) of the United States Magistrate Judge entered February 9, 2017, should be adopted and affirmed.

    Accordingly, **IT IS THEREFORE ORDERED** that the Report and Recommendation (#146) of Magistrate Judge C.W. Hoffman entered February 9, 2017, are **ADOPTED** and **AFFIRMED**;

    **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Due to Speedy Trial Violation (#139) is **DENIED**.

    DATED this __14th____ day of April 2017.

                                                        _____
                                                         Kent J. Dawson
                                                         United States District Judge