1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**
10
11   UNITED STATES OF AMERICA,
12          Plaintiff,                           Case No. 2:14-cr-00287-KJD-CWH
13   v.                                          **ORDER**
14   ANDREW JOHN GIBSON,
15          Defendant.
16
17          Before the Court for consideration is the Report and Recommendation (#116) of Magistrate

18   Judge C.W. Hoffman entered November 30, 2016 recommending that Defendant's Motion to

19   Dismiss Indictment for Fatal Errors Failure to State an Exact Offense (#93), Motion to Dismiss for

20   Failure to Prove Commerce and/or Affecting Commerce (#95), and Motion to Dismiss due to

21   Prejudice (#97) be denied. No Objection has been filed as of the date of this Order.

22          The Court has conducted a *de novo* review of the record in this case in accordance with 28

23   U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation

24   (#116) of the United States Magistrate Judge, entered November 30, 2016, should be adopted and

25   affirmed.

26

Accordingly, **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (#116) entered November 30, 2016, are **ADOPTED** and **AFFIRMED**;

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment for Fatal Errors Failure to State an Exact Offense (#93), Motion to Dismiss for Failure to Prove Commerce and/or Affecting Commerce (#95), and Motion to Dismiss due to Prejudice (#97) are **DENIED**.

DATED this _14th_ day of April 2017.

_____
Kent J. Dawson
United States District Judge