# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW JOHN GIBSON,

    Defendant.

Case No. 2:14-cr-00287-KJD-CWH

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#169) of Magistrate Judge C.W. Hoffman entered April 17, 2017 recommending that Defendant's Motion to Quash Warrant and Indictment (#155) be denied. No Objection has been filed as of the date of this Order.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#169) of the United States Magistrate Judge, entered April 17, 2017 should be adopted and affirmed.

    Accordingly, **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (#169) entered April 17, 2017, are **ADOPTED** and **AFFIRMED**;

    **IT IS FURTHER ORDERED** that Defendant's Motion to Quash Warrant and Indictment (#155) is **DENIED**.

DATED this _18th_ day of April 2017.

_____
Kent J. Dawson
United States District Judge