

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-287-KJD-(CWH) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| ANDREW JOHN GIBSON, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3), based upon the jury verdict finding defendant Andrew John Gibson guilty of the criminal offense, forfeiting specific property set forth in the Bill of Particulars and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Andrew John Gibson was found guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 35; Minutes of Jury Trial, ECF No. 191; Jury Verdict, ECF No. 193; Preliminary Orders of Forfeiture, ECF Nos. 197 and 201.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 11, 2017, through June 9, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 215.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Corsair computer, s/n: 13159734;
2. Samsung 500GB SATA drive, Model No. HD501LJ, s/n: S0MUJ1BQB04843;
3. Hitachi 640GB SATA drive, Model No. HDT721064SLA360, s/n: MG1HU4BK;
4. Dell laptop, s/n: 3NXR3H1; and
5. HP computer, s/n: MXK4200MRJ

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 2nd day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE