RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WENDI OVERMYER
Assistant Federal Public Defender
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Wendi_Overmyer@fd.org
Amy_Cleary@fd.org

Attorneys for Andrew Gibson

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Andrew John Gibson,<br><br>        Defendant. | Case No. 2:14-cr-00287-KJD-CWH<br><br>**Stipulation to Continue Resentencing**<br>(First Request) |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Wendi Overmyer and Amy Cleary, Assistant Federal Public Defenders, counsel for Andrew Gibson that the resentencing hearing currently scheduled on October 15, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. On October 10, 2019, defense counsel was informed that the correctional facility in Pahrump changed Mr. Gibson's medication that day, from Duloxetine to Wellbutrin, to stabilize Mr. Gibson. The prior medication, Duloxetine, caused negative and

intrusive side effects. Mr. Gibson also receives daily medications of Oxcarbazapine for hip pain and Buspirone for anxiety. In addition, Mr. Gibson suffers from Asperger's Syndrome, a form of Autism. The new medication was previously successful in managing Mr. Gibson's mental health issues, but does not reach its full effect for at least fourteen days and may take up to six weeks. *See*, College of Psychiatric and Neurologic Pharmacists, "Burpropion (Wellbutrin)," National Alliance on Mental Illness (NAMI) (Dec. 2018), available at: https://www.nami.org/Learn-More/Treatment/Mental-Health-Medications/Bupropion-(Wellbutrin).

    2. The continuance will also permit defense counsel to further consult with Mr. Gibson regarding resentencing issues.

    3. Defendant Gibson is incarcerated and does not object to a continuance.

    4. Denial of this request for continuance of the resentencing hearing would potentially prejudice the Defendant and consume this Court's valuable resources.

    5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 11th day of October, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Wendi Overmyer*<br>WENDI OVERMYER<br>Assistant Federal Public Defender | By */s/ Christopher Burton*<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |
| By */s/ Amy Cleary*<br>AMY CLEARY<br>Assistant Federal Public Defender | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANDREW GIBSON,

    Defendants.

Case No. 2:14-cr-00287-KJD-CWH

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Resentencing Hearing currently scheduled on October 15, 2019, at the hour of 9:00 a.m., be vacated and continued to November 6, 2019 at the hour of 9 : 00 a.m.

    DATED this 11 day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON