UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW JOHN GIBSON,<br><br>Defendant. | Case No.: 2:14-cr-00287-KJD-CWH<br><br>(PROPOSED)<br><br>**ORDER** |

Based upon the pending application of the government, and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege in the above-captioned case between the defendant and Assistant Federal Public Defender Paul Riddle shall be deemed waived for all purposes relating to defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. Mr. Riddle may communicate with government counsel, and shall provide any supporting documentation regarding all matters put at issue in defendant's motion.

The Court also finds that the sealed transcript referenced at ECF No. 278 **is** relevant to the defendant's allegations of ineffective assistance of counsel and **shall** be released to the government for the purpose of responding to the defendant's Section 2255 motion (ECF No. 308).

DATED this ___11th___ day of _____April_____, 2023

_____
UNITED STATES DISTRICT JUDGE

4